GAS 245D      (Rev. 09/11) Amended Judgment in a Criminal Case for Revocations



FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2021 MAY 13 P 4:31

CLERK_____
SO. ____ F GA.

# UNITED STATES DISTRICT COURT
## Southern District of Georgia
## Augusta Division

| UNITED STATES OF AMERICA | ) | **AMENDED JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | (For Revocation of Probation or Supervised Release) |
| Adrian Demond Jones | ) | |
| | ) | Case Number:      1:11CR00006-1 |
| | ) | USM Number:      16902-021 |
| | ) | Mukti Patel |
| | ) | Defendant's Attorney |

Date of Original Judgment: May 4, 2021
**Reason for Amendment:** Correction of Sentence for Clerical Mistake (Fed.R.Crim.P.36)     *** indicates change

**THE DEFENDANT:**

☒ admitted guilt to violation of mandatory, standard, and special conditions of the term of supervision.

☐ was found in violation of conditions(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these offenses:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant committed another federal, state, or local crime (mandatory condition). | September 28, 2020 |
| | See page two for additional violations | |

The defendant is sentenced as provided in page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has not violated mandatory conditions Violations Number 2 and 3 and is discharged as to such violations condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec: 3055

Defendant's Year of Birth: 1984

City and State of Defendant's Residence:

Augusta, Georgia

May 13, 2021
Date of Imposition of Judgment

_____
Signature of Judge

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Name and Title of Judge

5/13/2021
Date

GAS 245D  Case 1:11-cr-00006-JRH-BKE   Document 45   Filed 05/13/21   Page 2 of 3
(Rev. 09/11) Amended Judgment in a Criminal Case for Revocations

Judgment— Page 2 of 3

DEFENDANT: Adrian Demond Jones
CASE NUMBER: 1:11CR00006-1

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 4 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | February 16, 2020 |
| 5 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | August 18, 2020 |
| 6 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | August 24, 2020 |
| 7 | The defendant failed to notify the probation officer within seventy-two hours of being arrested or questioned by law enforcement (standard condition). | October 2, 2020 |
| 8 | The defendant failed to comply with a curfew as directed by the Court (special condition). | September 28, 2020 |
| 9 | The defendant failed to participate in a substance abuse program as directed (special condition). | August 13, 2020 |

GAS 245D  Case 1:11-cr-00006-JRH-BKE   Document 45   Filed 05/13/21   Page 3 of 3
(Rev. 09/11) Amended Judgment in a Criminal Case for Revocations

Judgment— Page 3 of 3

DEFENDANT: Adrian Demond Jones
CASE NUMBER: 1:11CR00006-1

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: ***10 months, with no supervision to follow. The Court directs that the defendant be given sentence credit back to the date of the District Court's detainer filing on October 9, 2020.

☐ The Court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____  ☐ a.m.  ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL